**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**


| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:19cr145-2 |
| | ) | |
| NORMAN BURNSED, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>O R D E R</u>

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary. All pretrial motions filed on behalf of the defendant, Norman Burnsed, are DISMISSED.

Additionally, the motion hearing set before Magistrate Judge Ray on December 12, 2019 is VACATED.

SO ORDERED, this 10th day of December 2019.


_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA